# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1114
LT Case No. 2014-CF-002938-A

_____

JAMAL M. TYSON,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Tatiana Radi Salvador, Judge.

Jamal M. Tyson, Sanderson, pro se.

No Appearance for Appellee.

October 28, 2025

PER CURIAM.

   AFFIRMED.

LAMBERT, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____